# Varghese & Associates, P.C.

2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

August 4, 2023

VIA ECF
United States Magistrate Judge Valerie Figueredo
US District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: August 14, 2023
> The Clerk of Court is directed to
> terminate the motion at ECF No. 15.

Re:    *United States v. Sandeep Grover*
       Southern District of New York Docket No. 23 MJ 4186

Dear Judge Figueredo:

The defense submits this letter to request a modification to Mr. Grover's bond restrictions. With no objection from the government or pre-trial services, we request that the Court modify Mr. Kumar's bond conditions to permit him to travel to Pennsylvania with advanced approval from Pretrial to check on his rental properties throughout the state.

Mr. Grover owns several rental properties in the Poconos, and their upkeep requires Mr. Grover to be able to travel to and from PA almost every other week. These properties make up a significant amount of his income and allow him to pay his expenses and legal bills. Thank you.

Respectfully submitted,

_____/s/_____
Vinoo P. Varghese

*Counsel for Mr. Sandeep Grover*

cc:    Mr. Sandeep Grover
       Assistant United States Attorney Jane Chong
       Senior Pretrial Services Officer Amanda Sanchez